FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

December 7, 2023

Christopher M. Wolpert
Clerk of Court

_____

| | |
|---|---|
| ANTHONY DUNN, et al.,<br><br>  Plaintiffs - Appellants/Cross-Appellees,<br><br>v.<br><br>SANTA FE NATURAL TOBACCO COMPANY, INC., et al.,<br><br>  Defendants - Appellees/Cross-Appellants. | Nos. 23-2180 & 23-2181<br>(D.C. No. 1:16-MD-02695-JB-LF)<br>(D. N.M.) |

_____

**ORDER**

_____

These cross appeals are before the court on the parties' *Joint Motion to Continue Briefing*, which the court construes as a motion to set an extended briefing schedule. Upon consideration, and as construed, the motion is granted. The current deadline for filing the first brief and appendix on cross appeal is vacated. The parties shall file their briefs and appendices as follows:

| | |
|---|---|
| Plaintiffs-Appellants' principal brief and appendix | February 26, 2024 |
| Defendants-Cross-Appellants' principal and response brief and appendix | May 28, 2024 |
| Plaintiffs-Appellants' response and reply brief | June 27, 2024 |
| Defendants-Cross-Appellants' reply brief | July 18, 2024 |

In light of the extended nature of this briefing schedule, requests for an extension of time to file any of the briefs are strongly discouraged.

                                          Entered for the Court
                                          CHRISTOPHER M. WOLPERT, Clerk

                                          by: Jane K. Castro
                                                Chief Deputy Clerk